Commonwealth Loan Company, a Corporation, Plaintiff-Appellee, v. James W. Baker, Defendant-Appellee, and General Steel Industries, Inc., a Corporation, Garnishee-Appellant.

Gen. No. 66–137. ■

Fifth District.

October 2, 1967.

Rehearing denied October 26, 1967.

Lueders & Robertson, of Granite City, for appellant; Hoagland, Maucker, Bernard & Almeter, of Alton (James K. Almeter, of counsel), for appellee. Opinion by JUSTICE EBERSPACHER. Not to be published in full.